

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00786-CV

Irasema **ELIZONDO**,
Appellant

v.

**FLIP SA, LLC**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 22-358
Honorable Kirsten Cohoon, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against the party who incurred them.

SIGNED July 9, 2025.

_____
H. Todd McCray, Justice